

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUN 09 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

|  |  |
|---|---|
| RAISSA DJUISSI KENGNE, | ) Case No. 1:22-CV-2297 |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
| GEORGIA POWER COMPANY | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF FILING

Exhibit 1: Georgia Power Electricity Bill for the Months of January and February 2022
Exhibit 2: Georgia Power Metering and Billing Regulations
Exhibit 3: Georgia Public Service Commission – Consumer Rights - Electric
Exhibit 4: Georgia Power – Registered Agent

Date: 06/07/2022

Signature:

Name: Raissa Djuissi Kengne

Address 1: 570 PIEDMONT AVE NE #55166

Address 2: ATLANTA, GA 30308

Telephone: 404-932-1651

**EXHIBIT 1.1**


**Georgia Power**

| Customer Name | Account Number |
|---|---|
| RAISSA KENGNE | 93437-55009 |

| Draft Date | Dec 13, 2021 |
|---|---|
| Total Due | $ 96.50 |

**Service Address**
1280 W PEACHTREE ST NW
APT 2109

**Service Period**
Oct 27, 2021 - Nov 29, 2021

**Billing Summary**

| | |
|---|---|
| Previous Bill Amount | $ 58.84 |
| Payment Received On 11/10/21   Thank You! | -58.84 |
| Current Electric Service | +96.50 |
| **Total Due** | **$ 96.50** |

Balances unpaid 7 days after the total due date are subject to a late charge of 1.5% of the amount due or $2.00, whichever is greater.

♦ The amount of this bill will be automatically deducted from your bank account on 12-13-2021. Please call the number on your bill at least a week prior to this date if you have made any bank account changes or have any questions about this bill.

**Contact Us**



georgiapower.com

| Account Number | Web Access Code |
|---|---|
| 93437-55009 | ■ |

| Customer Service | Power Outage Reporting |
|---|---|
| 1-888-660-5890 | 1-888-891-0938 |
| 7A-7P Mon-Fri | 24/7 |
| Espanol 8A-6P | |
| Chat 8A-6P | |

**Go Paperless!**
Clear the clutter of paper by going paperless. Receive email notifications when your bill is ready to view online. It's free! Sign up at georgiapower.com/paperless

**Payment Options**
**Online/Mobile App** Pay using a check, debit or credit card at georgiapower.com or via the Georgia Power Mobile App.

Additional Payment Options on back

▶ **For current billing details, turn page over**

**Usage Information**

| Total Used | Next Scheduled Read Date |
|---|---|
| 723 kWh | On or after Dec 28, 2021 |

[bar chart: Total kWh by month Nov 2020 – Nov 2021, scale 0–950]

| | 1 Year Ago | Last Month | **This Month** |
|---|---|---|---|
| Total kWh Used | 613 | 390 | **723** |
| Average Daily kWh | 19 | 13 | **22** |
| Days In Billing Period | 33 | 29 | **33** |

➤ **USPS Changes to First-Class Mail Delivery May Affect You**
The United States Postal Service is changing the way they deliver first class mail. For more information, visit about.usps.com. Avoid delays in receiving your bill with Paperless Billing. Enrolling is easy and convenient, please visit georgiapower.com/paperless and start enjoying all the benefits.

➤ **Free Doorbell Camera Pro for Georgia Power Customers**
We've partnered with Vivint to offer smart home security to our customers. For a limited time, get a FREE Doorbell Camera Pro, free installation and $0 activation when you sign up for professionally monitored home security. Visit georgiapower.com/Vivint to learn more.

➤ **Save on your home efficiency upgrades**
Our online Marketplace has instant rebates and exclusive savings on a wide array of energy-saving products such as smart thermostats, LED lighting, advanced power strips, smart home devices and more. As the weather cools down, check out all the products that can help improve your home's efficiency - saving you energy and money. Shop online today at georgiapowermarketplace.com.

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

93437-55009 20

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW

---

**Georgia Power**
BIN #10102
241 Ralph McGill Blvd
Atlanta, GA 30308-3374

| Account Number | 93437-55009 |
|---|---|

| Draft Date | Dec 13, 2021 |
|---|---|
| Total Due | $ 96.50 |

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today. Please verify your email address on the back of this statement.

029343755009510000009650000000000000000000000000000

RAISSA KENGNE
APT 2109
1280 W PEACHTREE ST NW
ATLANTA GA 30309

**Mail To:**
96 ANNEX
ATLANTA GA
30396-0001

R00033739    20

**EXHIBIT 1.2**

 **Georgia Power**

**Customer Name** RAISSA KENGNE

**Account Number** 93437-55009

| Draft Date | Dec 13, 2021 |
|---|---|
| **Total Due** | **$ 96.50** |

## Current Electric Service - Residential

Next Scheduled Read Date: On or after Dec 28, 2021

| Service Period | Meter # | Reading Type | Meter Reading Current | Previous | x | Constant | = Usage |
|---|---|---|---|---|---|---|---|
| Oct 27 - Nov 29 | 7328442 | Tot kWh | 78953 | 78230 | | 1 | 723 |

**Billing Period**
Oct 27, 2021 - Nov 29, 2021

| | |
|---|---|
| Current Service | $ 72.23 |
| Environmental Compliance Cost | 10.62 |
| Nuclear Construction Cost Recovery | 3.13 |
| Municipal Franchise Fee | 2.63 |
| Sales Tax | 7.89 |
| **Total Current Electric Service** | **$ 96.50** |

### Payment Options (cont.)

**Auto Pay** Auto-Pay by authorizing your bill amount to be automatically debited from your checking or savings account

**Mail** Georgia Power Payments
96 Annex Atlanta GA 30396-0001

**Phone** Pay by phone directly to Georgia Power with your checking or savings account by calling 1-888-660-5890. Pay by phone with your credit or debit card via BillMatrix by calling 1-800-672-2402

**In Person** Use your account number to pay at thousands of **Authorized Payment Locations** (APLs). Locations include most retail and grocery stores that have night and weekend hours.

To pay your bill at participating CheckOut locations, use the barcode found on your bill stub.

All APLs accept cash and some accept debit cards; however, these locations do not accept checks or credit cards. Visit georgiapower.com/apl for more information.

Text GPPAY to 99123 to find the closest Payment Location (APL) near you.
Visit georgiapower.com/paymentoptions for a complete menu of available options.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account



By using this barcode to make a payment, you agree to the full terms and conditions available at www.georgiapower-checkout.com. You may also visit the website to search payment locations and view your full e-receipts after making payments.

**Do we have your correct primary phone number and email?**

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

**If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.**

Primary Phone Number on file: **404-932-6576 at 1280 W PEACHTREE ST NW**

Email Address on file: rkengne1@gmail.com

Page 1 of 2

**EXHIBIT 1.3**

**Georgia Power**

| | | |
|---|---|---|
| **Customer Name** | **Account Number** | **Draft Date** Jan 13, 2022 |
| RAISSA KENGNE | 93437-55009 | **Total Due** $ 96.07 |

**Service Address**
1280 W PEACHTREE ST NW
APT 2109

**Service Period**
Nov 29, 2021 - Dec 29, 2021

**Billing Summary**

| | | |
|---|---|---|
| Previous Bill Amount | | $ 96.50 |
| Payment Received On 12/14/21 | Thank You! | -96.50 |
| Current Electric Service | | +96.07 |
| | **Total Due** | **$ 96.07** |

Balances unpaid 7 days after the total due date are subject to a late charge of 1.5% of the amount due or $2.00, whichever is greater.

♦ The amount of this bill will be automatically deducted from your bank account on 01-13-2022. Please call the number on your bill at least a week prior to this date if you have made any bank account changes or have any questions about this bill.

**Contact Us**

georgiapower.com

**Account Number** 93437-55009
**Web Access Code** ███████

**Customer Service** 1-888-660-5890
7A-7P Mon-Fri
Espanol 8A-6P
Chat 8A-6P

**Power Outage Reporting** 1-888-891-0938
24/7

**Go Paperless!**
Clear the clutter of paper by going paperless. Receive email notifications when your bill is ready to view online. It's free! Sign up at georgiapower.com/paperless

**Payment Options**
**Online/Mobile App** Pay using a check, debit or credit card at georgiapower.com or via the Georgia Power Mobile App.

Additional Payment Options on back

**For current billing details, turn page over**

**Usage Information**

Total Used: 736 kWh
Next Scheduled Read Date: On or after Jan 27, 2022



| | 1 Year Ago | Last Month | This Month |
|---|---|---|---|
| Total kWh Used | 910 | 723 | **736** |
| Average Daily kWh | 30 | 22 | **25** |
| Days In Billing Period | 30 | 33 | **30** |

▸ **Give the gift of security this season**
Sign up for Vivint, our preferred home security partner, and receive a FREE Doorbell Camera Pro, free installation and $0 activation. Enroll today at georgiapower.com/Vivint.

▸ **Give back to your neighborhood**
A small donation can make a big difference in your community. Through Project SHARE, Georgia Power will match $1.50 for every $1 you give to help people in your area facing a temporary crisis. Donate today through your electric bill or visit georgiapower.com/projectshare to learn more.

▸ **FlatBill means no surprises**
When you sign up for our FlatBill rate plan, you sign up for stability. For 12 months, you'll know exactly what your energy bill will be, without any changes based on the season. Not a bad idea, if we say so ourselves. Learn more and enroll today at georgiapower.com/flatbill.

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

93437-55009 20

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW

**Georgia Power**
BIN #10102
241 Ralph McGill Blvd
Atlanta, GA 30308-3374

**Account Number** 93437-55009

**Draft Date** Jan 13, 2022
**Total Due** $ 96.07

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today
Please verify your email address on the back of this statement

02934375500951000000960700000000000000000000000000000

☑ SHARE   $1 ☐   $2 ☐   $5 ☐   $10 ☐

RAISSA KENGNE
APT 2109
1280 W PEACHTREE ST NW
ATLANTA GA 30309

**Mail To:**
96 ANNEX
ATLANTA GA
30396-0001

B00068389   20

Case 1:22-cv-02297-SEG Document 2 (Court only) Filed 06/10/22 Page 5 of 19
Case 1:22-cv-02297-SEG Document 1-1 Filed 06/10/22 Page 5 of 19

Page 2 of 2



**EXHIBIT 1.4**

Georgia Power

Customer Name: RAISSA KENGNE
Account Number: 93437-55009

Draft Date: Jan 13, 2022
Total Due: $ 96.07

## Current Electric Service - Residential

Next Scheduled Read Date: On or after Jan 27, 2022

| Service Period | Meter # | Reading Type | Meter Reading Current | Previous | x Constant | = Usage |
|---|---|---|---|---|---|---|
| Nov 29 - Dec 29 | 7328442 | Tot kWh | 79689 | 78953 | 1 | 736 |

**Billing Period**
Nov 29, 2021 - Dec 29, 2021

| | |
|---|---|
| Current Service | $ 72.00 |
| Environmental Compliance Cost | 10.51 |
| Nuclear Construction Cost Recovery | 3.10 |
| Municipal Franchise Fee | 2.62 |
| Sales Tax | 7.84 |
| **Total Current Electric Service** | **$ 96.07** |

### Payment Options (cont.)

**Auto Pay** Auto-Pay by authorizing your bill amount to be automatically debited from your checking or savings account.

**Mail** Georgia Power Payments
96 Annex Atlanta GA 30396-0001

**Phone** Pay by phone directly to Georgia Power with your checking or savings account by calling 1-888-660-5890. Pay by phone with your credit or debit card via BillMatrix by calling 1-800-672-2402.

**In Person** Use your account number to pay at thousands of **Authorized Payment Locations** (APLs). Locations include most retail and grocery stores that have night and weekend hours.

To pay your bill at participating CheckOut locations, use the barcode found on your bill stub.

All APLs accept cash and some accept debit cards; however, these locations do not accept checks or credit cards. Visit georgiapower.com/apl for more information.

Text GPPAY to 99123 to find the closest Payment Location (APL) near you.
Visit georgiapower.com/paymentoptions for a complete menu of available options.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.

### Do we have your correct primary phone number and email?

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

**If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.**

Primary Phone Number on file: **404-932-6576 at 1280 W PEACHTREE ST NW**

Email Address on file: **rkengne1@gmail.com**

By using this barcode to make a payment, you agree to the full terms and conditions available at www.georgiapower checkout.com. You may also visit the website to search payment locations and view your full e-receipts after making payments.

Case 1:22-cv-02297-SEG Document 12 (Court only) Filed 06/10/22 Page 6 of 19
Case 1:22-cv-02297-SEG Document 1-3 Filed 06/10/22 Page 6 of 19
Page 1 of 2

**EXHIBIT 1.5**



## Georgia Power

**Customer Name**
RAISSA KENGNE

**Account Number**
93437-55009

**Draft Date** Feb 11, 2022
**Total Due** $ 206.67

**Service Address**
1280 W PEACHTREE ST NW
APT 2109

**Service Period**
Dec 29, 2021 - Jan 28, 2022

**Contact Us**

georgiapower.com

**Account Number**
93437-55009

**Web Access Code**

**Customer Service**
1-888-660-5890
7A-7P Mon-Fri
Espanol 8A-6P
Chat 8A-6P

**Power Outage Reporting**
1-888-891-0938
24/7

### Payments Since Last Billing

Payment Received On 01/13/22    Thank You!    -96.07

### Billing Summary

| | |
|---|---|
| Past Due Electric Service | $ 96.07 |
| Current Electric Service | +78.60 |
| Late Payment Charge - Electric | +2.00 |
| Returned Item Charge | +30.00 |

*Balances unpaid 7 days after the total due date are subject to a late charge of 1.5% of the amount due or $2.00, whichever is greater.*

♦ This bill includes a previous balance. If this amount has been paid, please accept our thanks and pay only the current charge.

*Billing summary continues on next page*

### Go Paperless!
Clear the clutter of paper by going paperless. Receive email notifications when your bill is ready to view online. It's free! Sign up at georgiapower.com/paperless

### Payment Options
**Online/Mobile App** Pay using a check, debit or credit card at georgiapower.com or via the Georgia Power Mobile App.

*Additional Payment Options on back*

► **For current billing details, turn page over** ►

### Usage Information
**Total Used**
538 kWh

**Next Scheduled Read Date**
On or after Feb 25, 2022

► **FlatBill means no surprises**
When you sign up for our FlatBill rate plan, you sign up for stability. For 12 months, you'll know exactly what your energy bill will be, without any changes based on the season. Not a bad idea, if we say so ourselves. Learn more and enroll today at georgiapower.com/flatbill.

► **Save money, and energy this winter**
Small changes around the house now can keep you comfortable while delivering energy savings this winter. We offer several tips to help you save at georgiapower.com/tips. Also don't forget to check out georgiapowermarketplace.com for additional products that can help you save time and energy in almost every room.

► **New Year, new improvements**
Enjoy energy efficiency improvements that can help you save energy and reduce your bill. If you are an income-qualified Georgia Power customer, you may be eligible for free home energy efficiency improvements through our Home Energy Efficiency Assistance Program. Learn more at georgiapower.com/heeap.

| | 1 Year Ago | Last Month | This Month |
|---|---|---|---|
| Total kWh Used | 877 | 736 | **538** |
| Average Daily kWh | 29 | 25 | **18** |
| Days In Billing Period | 30 | 30 | **30** |

**PLEASE KEEP THIS PORTION FOR YOUR RECORDS**

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW

93437-55009 20

## Georgia Power
BIN #10102
241 Ralph McGill Blvd
Atlanta, GA 30308-3374

**Account Number** 93437-55009

**Draft Date** Feb 11, 2022
**Total Due** $ 206.67

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today
Please verify your email address on the back of this statement

02934375500951000002066700000096070000000000000000000

RAISSA KENGNE
APT 2109
1280 W PEACHTREE ST NW
ATLANTA GA 30309

**Mail To:**
96 ANNEX
ATLANTA GA
30396-0001

**Total Due Summary**
| | |
|---|---|
| Elec Service | 78.60 |
| Prev Service | 96.07 |
| Rtn Item Chg | 30.00 |
| Late Pymt Chg | 2.00 |
| **Total Due** | **$ 206.67** |

R00032984    20

Case 1:22-cv-02297-SEG Document 12 (Court only) Filed 06/10/22 Page 7 of 19
Case 1:22-cv-02297-SEG Document 3-1 Filed 06/10/22 Page 7 of 19
Page 2 of 2



**EXHIBNIT 1.6**

Customer Name: RAISSA KENGNE
Account Number: 93437-55009

Draft Date: Feb 11, 2022
Total Due: $206.67

♦ The amount of this bill will be automatically deducted from your bank account on 02-11-2022. Please call the number on your bill at least a week prior to this date if you have made any bank account changes or have any questions about this bill.

♦ This bill reflects a previously billed balance that was not deducted from your bank account. We have included both your previous bill and current amount on this bill.

## Current Electric Service - Residential

Next Scheduled Read Date: On or after Feb 25, 2022

| Service Period | Meter # | Reading Type | Current | - Previous | x | Constant | = Usage |
|---|---|---|---|---|---|---|---|
| Dec 29 - Jan 28 | 73Z844Z | Tot kWh | 80227 | 79689 | | 1 | 538 |

**Billing Period**
Dec 29, 2021 - Jan 28, 2022

| | |
|---|---|
| Current Service | $ 60.03 |
| Environmental Compliance Cost | 8.26 |
| Nuclear Construction Cost Recovery | 1.75 |
| Municipal Franchise Fee | 2.14 |
| Sales Tax | 6.42 |
| **Total Current Electric Service** | **$ 78.60** |

### Payment Options (cont.)

**Auto Pay** Auto-Pay by authorizing your bill amount to be automatically debited from your checking or savings account.

**Mail** Georgia Power Payments
96 Annex Atlanta GA 30396-0001

**Phone** Pay by phone directly to Georgia Power with your checking or savings account by calling 1-888-660-5890. Pay by phone with your credit or debit card via BillMatrix by calling 1-800-672-2402.

**In Person** Use your account number to pay at thousands of Authorized Payment Locations (APLs). Locations include most retail and grocery stores that have night and weekend hours.

To pay your bill at participating CheckOut locations, use the barcode found on your bill stub.

All APLs accept cash and some accept debit cards; however, these locations do not accept checks or credit cards. Visit georgiapower.com/apl for more information.

Text GPPAY to 99123 to find the closest Payment Location (APL) near you.

Visit georgiapower.com/paymentoptions for a complete menu of available options.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.

### Do we have your correct primary phone number and email?

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.

Primary Phone Number on file: **404-932-6576 at 1280 W PEACHTREE ST NW**

Email Address on file: **rkengne1@gmail.com**

By using this barcode to make a payment, you agree to the full terms and conditions available at www.georgiapower checkout.com. You may also visit the website to search payment locations and view your full e-receipts after making payments.

# EXHIBIT 2.0

*Page Number 0.1*

**GEORGIA POWER COMPANY**

RULES

REGULATIONS

AND

RATE SCHEDULES

FOR

ELECTRIC SERVICE

All rules, regulations, and rate schedules are subject to change by the Georgia Public Service Commission in the manner prescribed by law. In the event of such change, the new rules, regulations, and rate schedules prescribed by the Georgia Public Service Commission apply from the date made effective for the unexpired term of all existing contracts.



# RULES, REGULATIONS AND RATE SCHEDULES

# FOR RETAIL ELECTRIC SERVICE

| EFFECTIVE DATE | PAGE |
|---|---|
| April, 2020 | 0.2 |

**PAGE NO.**

### RULES AND REGULATIONS

| | | |
|---|---|---|
| 1.00 | | Table of Contents |
| 1.10 | Sec A | General Rules |
| 1.20 | Sec B | Credit Regulations |
| 1.30 | Sec C | Retail Distribution Line Extensions |
| 1.40 | Sec D | Transmission or Wholesale Line Extension |
| 1.50 | Sec E | Meter and Billing Regulations |
| 1.60 | Sec F | Contract and Enforcement Regulations |
| 1.70 | Sec G | Customer Generation |

### TARIFFS

#### Domestic

| | | |
|---|---|---|
| 2.00 | FLAT-5 | FlatBill |
| 2.10 | R-23 | Residential Service |
| 2.20 | TOU-REO-11 | Time of Use - Residential Energy Only |
| 2.30 | TOU-PEV-7 | Time of Use – Plug-in Electric Vehicle |
| 2.40 | TOU-RD-4 | Time of Use – Residential Demand |
| 2.50 | PPS-3 | Pre-Pay Service |
| 2.60 | PBD-1 | Pay By Day Service |

#### Small Business

| | | |
|---|---|---|
| 3.00 | GS-10 | General Service |
| 3.10 | OGS-15 | Optional General Service |
| 3.20 | PLS-11 | Power and Light - Small |
| 3.30 | TOU-EO-10 | Time of Use - Energy Only |
| 3.40 | UD-10 | Unmetered Devices |
| 3.50 | FLAT-GS-1 | FlatBill General Service |

Page Number 1.50

# GEORGIA POWER COMPANY

## Rules and Regulations for Electric Service

E. METERING AND BILLING REGULATIONS:

1. A separate meter shall be used in each separate premises for measuring electric service to each customer. Meter readings will not be consolidated for the same customer at different premises, or for several customers on the same or different premises. Each metered service shall be billed at a service schedule prescribed for the class of service, and service supplied through more than one meter at the same or different locations shall not be combined and billed under one service schedule.

2. The Company will furnish such metering equipment as is necessary to measure the electric service supplied in accordance with the requirements of the service schedule. An Account Establishment Charge will be required to establish the account for billing as follows:

   Account Establishment Charge ................................................................................ $30.00

   The account establishment charge will be waived for the residential customers who qualify for the Senior Citizen Discount as stated in the applicable residential service tariffs.

   In all cases the customer will install at his expense his own wiring from the Company's service conductor, incorporating into such wiring system those Company-furnished sockets, enclosures and metering connections as are necessary for the application of the service schedule.

3. The location of the metering equipment shall be mutually agreed upon by the customer and a representative of the Company, and this location together with space to be provided must conform to the Company's BlueBook for Electrical Service.

4. Broken meter seals will constitute ground for question as to accuracy of meter registration. Should the meter fail to register properly, the bill will be estimated, based either upon a meter reading taken during the next billing period after the meter has been repaired, or replaced, or upon the amount charged during a previous corresponding period at the discretion of the Company. Correction of mistakes in meter readings and billings will be made when discovered by adding or deducting the proper amount to or from the bill.

   Additionally, a customer will be billed a meter tampering fee each time that the Company finds a broken or cut meter seal or where it is evident that meter tampering or attempted meter tampering has occurred.

   Meter Tampering Fee .................................................................................. $25.00

5. Meters will be read at regular intervals monthly, in groups, known as routes, the reading date of any particular meter depending upon the route in which it is located. Bills will be rendered as soon as practicable after meters are read each month and shall be due and payable to the Company when rendered.

6. Where a meter cannot be read on the scheduled date the meter reading and corresponding use for the month will be estimated based on use by the customer in previous months. Since meter readings are continuous from month to month, any error in such estimate will automatically be corrected with the next actual meter reading.

7. In those cases where the customer is served through an individual transformer substation, metering shall be at secondary voltage unless primary metering is necessary in order to include the entire load in a single registration. In the latter event there shall be no credit or allowance to the customer to cover transformer losses.

*Effective May 8, 1956*
*Paragraph 2 revised January 1, 1970*
*Paragraph 2 revised August 15, 1979*
*Paragraph 2 revised October 21, 1990*
*Paragraph 2 revised November 2, 1987*
*Paragraph 2 revised October 31, 1995*
*Paragraph 2 revised January 1, 2002*
*Paragraph 2 revised January 01, 2008*
*Paragraph 4 revised January 01, 2008*
*Paragraph 2 revised January 1, 2011*
*Paragraph 3 revised January 1, 2011*
*Paragraphs 3, 5 & 6 revised January 1, 2020*

# GEORGIA POWER COMPANY

## Rules and Regulations for Electric Service

E. METERING AND BILLING REGULATIONS: (Continued)

   8. Selective Meter Testing

    (a) Meters are to be sample tested utilizing recognized electric utility industry best practices <u>and in accordance with the approved plan described in this section.</u> The sample size and test criteria for acceptance or rejection of any lot of watt-hour meters shall be in accordance with American National Standards Institute/American Society for Quality (ANSI/ASQ) Sampling Plans.

      1. ANSI/ASQ, Sampling Procedures and Tables for Inspection by Variables for Percent Nonconforming (ANSI/ASQ Z1.9).

      2. ANSI/ASQ, Sampling Procedure and Tables for Inspection by Attributes (ANSI/ASQ Z1.4).

    (b) Each calendar year a random sample of our Advanced Metering Infrastructure (AMI) meters in service from the entire system shall be drawn, tested and the accuracy calculated in accordance with the above procedure. An exception would only exist in testing the meters of customers on the AMI Meter Opt Out tariff. These meters will be tested on an interval not to exceed every three (3) years.

    (c) The percent accuracy is to be measured to the nearest .1 of 1% and the upper and lower specification limits shall be 102% and 98% respectively. Failure of any lot to meet the above standards shall result in concentrated testing to determine if increased maintenance or accelerated retirement is in order to maintain the required accuracy for acceptance under the plan.

   9. Adjustment of Bills

    (a) An adjustment of past bills for service will be made on customer complaint, if the meter is found on test to be in excess of 102% average accuracy.

    (b) The amount of adjustment shall be calculated on the basis that the metering equipment should be 100 percent accurate. For kilowatt and kilowatt-hour meters, the average shall be the arithmetic average of percent indication at light load and at heavy load, giving the heavy load indication a weight of four.

    (c) The records of the customer's energy use and those of previous tests shall be reviewed and a mutually acceptable agreement reached between the customer and the Company as to when the error began. Meters below 98% average accuracy will be handled as above except that adjustments will be limited to the preceding six months.

   10. Returned Item Charge

    The Company will assess a returned item charge for each item dishonored by the financial institution on which it is drawn. The charge will be canceled if the item is returned due to a bank error.

      Returned item charge..............................................................................$30.00

   11. The owner/landlord of a complex may take electric service for the entire complex through a single Georgia Power meter. In the event the owner meters the electric usage of tenants for calculation of a pro-rata share of electric usage, charges for the pro-rata share must be specifically itemized on the tenant's bill, based upon each tenant's actual usage. No administrative or other charge may be combined with the charge for electric usage. A reasonable administrative fee, common area electric usage, and any other service or utility provided pursuant to the lease, may be separately itemized on any bill rendered to the tenant.

*Effective December 11, 1964*
*Paragraph 10 added November 23, 1983*
*Paragraph 11 added November 20, 1997*
*Paragraph 8 revised November 01, 2008*
*Paragraph 10 revised January 1, 2011*
*Paragraph 11 revised January 1, 2011*
*Paragraphs 8 (b) and 11 revised January 1, 2020*

## GEORGIA POWER COMPANY

## Rules and Regulations for Electric Service

E. METERING AND BILLING REGULATIONS: (Continued)

12. Receivables of $75 or more which remain unpaid 21 calendar days after the bill date are subject to a late payment charge, applied at the rate of 1.5% but not less than $2.00.

13. Meter Re-read Fee

A customer may assert an incorrect meter reading and request that the Company re-read his meter. However, if the original reading is found to have been correct, then, for the next 12 months following the original request, the Company may assess a meter re-read fee for all such subsequent requests that are also found to have been correct.

    Meter Re-read Fee ................................................................................. $25.00

*Effective December 11, 1964*
*Paragraph 12 added January 1, 2002*
*Paragraph 12 revised September 18, 2002*
*Paragraph 12 revised January 01, 2008*
*Paragraph 13 added January 01, 2008*
*Paragraph 12 revised January 1, 2011*

**EXHIBIT 3.0**

# Consumer Rights
# Electric, Natural Gas and Telephone
(A Handbook)

## *"For the Common Good of Customers and Utility Companies"*



**Georgia Public Service Commission**
244 Washington Street, SW
Atlanta, Georgia 30334
404-656-4501, Local
1-800-282-5813, Toll-Free
404-656-2341, Fax
www.psc.state.ga.us

Page 0

## Table of Contents

Foreword ................................................................................................................ 2

Electric Industry................................................................................................... 3
   *Disconnection*.........................................................................................................3
   *Billing* ......................................................................................................................4

Natural Gas Industry........................................................................................... 5
   *Disconnection* .........................................................................................................5
   *Billing* ......................................................................................................................6
   *Enforcement of Service Quality Standards* .......................................................6
   *Terms of Service*....................................................................................................7
   *Regulated Provider* ...............................................................................................8

Telecommunications Industry ............................................................................9
   *Billing*......................................................................................................................9
   *Service Denial*...................................................................................................... 10
   *Directories* ........................................................................................................... 11
   *Disconnection*...................................................................................................... 13
   *Pay Arrangement* ............................................................................................... 13
   *Extended Area Service*....................................................................................... 13
   *Institutional Telecommunications Services*...................................................... 14
   *Automatic Dialing and Announcing Devices*.................................................... 15
   *No Call List* .......................................................................................................... 16
   *Telecommunications Relay Service* ................................................................. 16
   *Telecommunications Equipment Distribution Program* ..................................... 17
   *Countywide Calling* ............................................................................................ 17
   *Unsolicited Facsimiles* ....................................................................................... 17

Other Resources................................................................................................. 18

# Foreword

The Georgia Public Service Commission (PSC) is pleased to make this handbook, a synopsis of its rules, available to the citizens of Georgia to help them protect themselves from abuses which may arise in the investor-owned electric, investor-owned natural gas, and telecommunications industries.

Consumers are expected to meet their obligations to their utility service providers in a timely manner. However, should the occasion arise where they are unable to do so, rules have been enacted to make sure utility service providers act in a reasonable manner when engaging their customers regarding collection activities (late fees, disconnections, etc.).

Knowledgeable consumers who are empowered with information are better able to protect themselves from "unscrupulous players" when interacting with their utility service providers. Knowledge levels the playing field in the often confusing arena of utility services.

You may view or download the entire set of the PSC's rules online at www.psc.state.ga.us, or you may purchase a copy of the rules by making a request to the Records Room at 404-656-4532.

## Electric Industry

The following rules apply only to Georgia Power Company.

**Disconnection**  
515-3-2-.01

Bill for service is not paid within at least 45 days after the date of the bill.

**Notice Requirement**  
515-3-2-.02

Written notice of proposed disconnect provided at least five (5) days prior to date of disconnection. Utility makes good-faith effort to make personal contact at least two (2) days prior to the proposed disconnect date.

**Disconnection During Illness**  
515-3-2-.03

Service shall not be disconnected for nonpayment when the company receives written notice from a healthcare provider certifying the illness would be aggravated by the discontinuance of service. The disconnection shall be held the shorter of either the duration of the illness or one month from the date of the notice. Customer may renew postponement period one additional time.

**Seasonal Restriction**  
515-3-2-.04(1)

Between November 15 and March 15, customers may sign an agreement to pay past due balance in equal installments beginning with first billing period after March 15; concluding by October 15.

**Summer**

A utility shall not discontinue electric service to a residential customer if, prior to 8:00 A.M. on the date of the scheduled disconnection, a National Weather Service Heat Advisory or Excessive Heat Warning is in effect, or is forecasted to be in effect by the National Weather Service, for the county in which the meter scheduled for disconnection is located.

515-3-2-.04(2)

Customer agrees in writing to pay all bills by due date for current service received after signing agreement. Failure to comply can result in service interruption without notice.

Page 3

**Electric Continued**

| | |
|---|---|
| 515-3-2-.04(3) | If the forecasted low local temperature for a 24-hour period beginning at 8:00 a.m. on the date of proposed disconnect is below 32°F, service shall not be disconnected on that day. |
| **Billing -- Past Due Date** | A bill is past due if it remains unpaid 21 days from the statement date. |
| **Late Fee** | Georgia Power's late fee is 1.5% of balance on bills greater than $100. |
| **Deposit** | The maximum deposit is two-and-one-half-twelfths (2.5 times) the average monthly bill. |
| **Interest Rate** | Interest shall accrue on all deposits held on the customer's Georgia Power Company's account. |
| **Senior Citizen Discount** | The monthly senior citizen discount for households with total household incomes of $14,355 or less is $14.00 per month for Georgia Power's seniors. Senior must be 65 years of age or older and the bill must be in the senior's name. Also, you get a $6.00 fuel credit per month. |
| **Budget Billing** | A payment option that is available to customers who want the convenience of paying the same bill amount each month. The monthly amount is based upon the customer's rolling twelve-month average bill. At the end of the specified period, the customer's account is "trued up." |
| **Flat Bill** | A payment option that allows a consumer to pay the same amount each month for electricity usage for a specified period of time. The bill is based upon the customer's twelve-month average bill plus a premium which may be as much as 10%. There is no true-up at the end of the contract period. If you pay more for electric service than what you used the amount that you have overpaid will not be credited to your account. |



GEORGIA CORPORATIONS DIVISION

**EXHIBIT 4.0**

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **GEORGIA POWER COMPANY** |
| Business Type: | **Domestic Profit Corporation** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **241 RALPH MCGILL BLVD NE, Bin #10180, ATLANTA, GA, 30308-3374, USA** |
| State of Formation: | **Georgia** |

| | |
|---|---|
| Control Number: | **J716605** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **6/26/1930** |
| Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Kristi Dow** |
| Physical Address: | **241 Ralph McGill Blvd., BIN 10180, Atlanta, GA, 30308, USA** |
| County: | **Fulton** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Aaron P. Abramovitz | CFO | 241 RALPH MCGILL BLVD,B-10240, 10240, ATLANTA, GA, 30308, USA |
| Christopher C. Womack | CEO | 241 Ralph McGill Blvd., BIN 10240, Atlanta, GA, 30308, USA |
| Sterling A. Spainhour | Secretary | Bin 10240, 241 Ralph McGill Blvd NE, ATLANTA, GA, 30308-3374, USA |

Filing History    Name History

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19    Report a Problem?



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

AFFIDAVIT

|  |  |
|---|---|
| RAISSA DJUISSI KENGNE, | ) Case No._____ |
| Plaintiff, | ) **1:22-CV-2297** |
| v. | ) |
| GEORGIA POWER COMPANY | ) |
| Defendants. | ) |

Before me, the undersigned authority personally appeared, Raissa Djuissi Kengne, who being by me first duly sworn on her oath, deposed as follows:

"I am Raissa Djuissi Kengne, the Plaintiff in the above and foregoing Plaintiff's Original Complaint, Injunction for Relief, and Declaratory Judgment. All statements of fact therein are within my personal knowledge and are true and correct."

Date: June 9th, 2022

Signature: _____

Name: Raissa Djuissi Kengne

Address 1: 570 PIEDMONT AVE NE #55166

Address 2: ATLANTA, GA 30308

Telephone: 404-932-1651

Jocelyn Algarin
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 03/08/2026

Sworn to and subscribed before me, this 9th day of June, 20 22.

_____ Notary Public SEAL