# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 17 2022

KEVIN P. WEIMER, Clerk
By: *[signature]* Deputy Clerk

| | |
|---|---|
| RAISSA DJUISSI KENGNE, ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | 1:22-CV-2297 |
| ID.ME, INC. ) | |
| COGENCY GLOBAL INC. ) | |
| 250 BROWNS HILL CT, ) | |
| MIDLOTHIAN, VA, 23114 - 9510, USA ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff Raissa Djuissi Kengne appeals as of right to the United States Court of Appeals for the Federal

Circuit from the Report and Recommendation ("R&R") and order of Judge Catherine M. Salinas:

- ORDER and R&R entered and filed on August 5th, 2022 to the extent that it ORDERED, that Plaintiff's application to proceed IFP be DENIED

- ORDER and R&R entered and filed on August 5th, 2022 to the extent that it RECOMMENDED and ORDERED, that Plaintiff's Complaint be DISMISSED without prejudice for lack of subject matter jurisdiction, and for failure to comply with a lawful order of the Court.

## CERTIFICATION

Under Federal Rule of Civil Procedure 11, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary

support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

(Signature page follows)

Dated: August 17th, 2022

                                          Respectfully submitted,

                                          Raissa Djuissi Kengne
                                          Pro Se

Physical Address:                    Mailing Address:
1280 W. Peachtree ST NW.,     570 Piedmont Ave. NE,
Unit 2109                             #55166
Atlanta, GA 30309              Atlanta, GA 30308
Email: cianeseya2022@gmail.com
Telephone:(404)932-1651

State of Georgia
County of Fulton

This instrument was acknowledged before me this 17th day of August (month), 2022 (year), by Raissa Djuissi Kengne (name of signer).

   ✓  Personally Known
   ✓  Produced Identification

Type and # of ID:  Driver's License # 055491430

(Seal)

Jocelyn Algarin
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 03/08/2026

(Signature Notary)

Jocelyn Algarin
Name of Notary Typed, Stamped or Printed
Notary Public, State of Georgia

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAISSA DJUISSI KENGNE, | ) |
| Plaintiff, | ) |
|  | ) Case No. |
| v. | ) 1:22-CV-2297 |
| ID.ME, INC. | ) |
| COGENCY GLOBAL INC. | ) |
| 250 BROWNS HILL CT, | ) |
| MIDLOTHIAN, VA, 23114 - 9510, USA | ) |
| Defendant. | ) |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document was prepared with one of the font and point selections approved by the Court in LR 5.1B: Times New Roman 14.

Dated: August 17th, 2022

Respectfully submitted,

Raissa Djuissi Kengne
Pro Se

Physical Address:
1280 W. Peachtree ST NW.,
Unit 2109
Atlanta, GA 30309
Email: cianeseya2022@gmail.com

Mailing Address:
570 Piedmont Ave. NE,
#55166
Atlanta, GA 30308
Telephone:(404)932-1651

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAISSA DJUISSI KENGNE, | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) 1:22-CV-2297 |
| ID.ME, INC. | ) |
| COGENCY GLOBAL INC. | ) |
| 250 BROWNS HILL CT, | ) |
| MIDLOTHIAN, VA, 23114 - 9510, USA | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 17th, 2022, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local

Rules, by mailing the same, certified mail with return receipt, to the address listed below.

ID.ME, INC.
COGENCY GLOBAL INC.
250 BROWNS HILL CT,
MIDLOTHIAN, VA, 23114 - 9510, USA

Respectfully submitted,

Raissa Djuissi Kengne
Pro Se

| | |
|---|---|
| Mailing Address: | Physical Address: |
| 570 Piedmont Ave. NE #55166 | 1280 W. Peachtree ST NW. |
| Atlanta, GA 30308 | Unit 2109 |
| | Atlanta, GA 30309 |
| Telephone: (404) 932-1561 | cianeseya2022@gmail.com |