# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
404-215-1655

August 19, 2022

Clerk's Office
U.S. Court of Appeals
Federal Circuit
717 Madison Place
Washington, DC 20005

      **U.S.D.C. No.:** 1:22-cv-2297-SEG
      **U.S.C.A. No.:** 00-00000-00
      **In re:**     Raissa Djuissi Kengne v. Georgia Power Company

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: . |
| | Fees paid electronically on . |
| | Appellant has been   leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Sarah E. Geraghty.** |
| | This is a **DEATH PENALTY** appeal. |

                            Sincerely,

                            Kevin P. Weimer
                            District Court Executive
                            and Clerk of Court

                    By:  **P. McClam**
                          Deputy Clerk